# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SONOMA SPECIALTY HOSPITAL, LLC,

    Plaintiff,

v.

HOFFMAN,

    Defendant.

Case No. 20-cv-00478-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 3

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to *In Re Sonoma West Medical Center*, 19-cv-07080-JSW.

**IT IS SO ORDERED.**

Dated: February 6, 2020



WILLIAM H. ORRICK
United States District Judge